UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-259 (TNM) |
| | : | |
| BERNARD JOSEPH SIRR, et al., | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully informs the Court that Trial Attorney Ashley Akers will appear for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY: /s/ Ashley Akers
ASHLEY AKERS
Trial Attorney, Detailee
MO Bar No. 69601
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov

STEPHEN JAMES RANCOURT
Assistant United States Attorney
(806) 472-7351
Stephen.Rancourt@usdoj.gov

## CERTIFICATE OF SERVICE

On this 27th day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Ashley Akers*
Ashley Akers
Trial Attorney
