# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Case No. 1:22-cr-00259-TNM |
| | ) |
| BERNARD JOSEPH SIRR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT MOTION FOR CHANGE OF PLEA HEARING

Defendant Bernard Joseph Sirr, by counsel, and the government, by and through its attorney, the United States Attorney for the District of Columbia, respectfully file this joint motion to set a change of plea hearing in the above-captioned matter. The parties have resolved this matter and correspondingly request a change of plea hearing at the Court's convenience. The parties remain available for such a hearing on the currently scheduled status conference date of Friday, January 27, 2023 at 3:30 p.m. Defendant Bernard Joseph Sirr is not in custody.

Dated: January 13, 2023

Respectfully submitted,

/s/Alfred D. Carry
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com
acarry@mcglinchey.com

*Counsel for Defendant*

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/Stephen J. Rancourt
STEPHEN J. RANCOURT
Assistant United States Attorney, Detailee
Texas Bar No. 24079181
601 D Street, NW
Washington, DC 20530
Tel: (806) 472-7398
stephen.rancourt@usdoj.gov