# EXHIBITS

No. 1:22-cr-00259-TNM

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*United States of America vs. Bernard Joseph Sirr*

———————————————————————

Exhibits to
Sentencing Memorandum on behalf of Defendant Bernard Joseph Sirr

———————————————————————

**EXHIBITS**
**TABLE OF CONTENTS**

<u>Sentencing Chart</u>

**Ex. A**  Defense Counsel's Sentencing Chart as of May 5, 2023

<u>Videos</u>

**Ex. B**  Video File
  *Source*:       USCP CCTV
  *Time*:        2021-01-06  16:15:38 – 16:15:46 (approximate)
  *File Type*:     MP4 Video
  *Length*:       12 sec
  *Description*:   Surveillance footage from the CCTV camera at the Lower West Terrace
          tunnel from approximately 4:15:38 p.m. to 4:15:46 p.m. Sirr can be seen
          passing a flagpole over the police line to prevent its use as a weapon by
          other rioters against law enforcement.

**Ex. C**  Video File
  *Source*:       BWC from MPD Officer J.C.
  *Time*:        2021-01-06  16:15:56 – 16:17:18
  *Type*:        MP4 Video
  *Length*:       01 min 25 sec
  *Description*:   Body-worn camera depicting Sirr and recording a conversation between
          MPD Officer H.F. and Sirr in which Sirr can be heard discussing pressing
          backwards against the mob to help the police line.

**Ex. D**  Video File
  *Source*:       BWC from MPD Officer H.F.
  *Time*:        2021-01-06  16:15:56 – 16:17:15
  *File Type*:     MP4 Video
  *Length*:       01 min 23 sec
  *Description*:   Body-worn camera depicting recording a conversation between MPD
          Officer H.F. and Sirr in which Sirr can be heard discussing pressing
          backwards against the mob to help the police line.

**Ex. E**  Video File
  *Source*:       USCP CCTV
  *Time*:        2021-01-06  16:15:56 – 16:17:25 (approximate)
  *File Type*:     MP4 Video
  *Length*:       01 min 34 sec
  *Description*:   Surveillance footage from the USCP CCTV camera at the Lower West
          Terrace tunnel from approximately 4:15 p.m. to 4:17 p.m. Sirr can be seen
          communicating with MPD Officer H.F. and pressing backwards against the
          mob to help the police line.

Character Letters

**Ex. F**

Letter of Kathryn A. Sirr (Wife) ...................................................................1

Letter of Christine A. Sirr (Mother) ...............................................................4

Letter of Peter Sirr Jr. (Brother) ....................................................................6

Letter of John E. Anderson (Uncle) ................................................................8

Letter of Patricia J. Anderson (Aunt) ...........................................................10

Letter of Carolyn Healey (Cousin) ...............................................................11

Letter of Michael D. Simonetti (Friend) .......................................................12

Letter of Dr. Kristen R. DiMarco (Friend) ....................................................14

Letter of Dr. Michael R. Martin (Friend) ......................................................17

Letter of Deanna Cuthill (Friend) .................................................................18

Letter of Shannon Cuthill (Friend) ...............................................................20

Letter of Lenore Dorson (Friend) .................................................................22

Letter of Jennifer Willis (Friend) .................................................................23

Letter of Michael J. Davis (Former Supervisor) ............................................26

Letter of Pastor Ernie Robillard (Minister) ...................................................27

Military Decorations and Awards

**Ex. G**

The Army Achievement Medal ......................................................................28

The Army Commendation Medal ...................................................................29

Exhibit A

As of Friday, May 5, 2023

Table 1: Capitol Breach Cases involving Defendants Convicted of a **Single Count** of 18 U.S.C. § 231(a)(3)                    [19 Cases]

| Defendant | Criminal Case Number | Offense of Conviction | Government's Recommendation | Sentence Imposed | Summary of Offense Conduct and Notable Specific Offender Characteristics |
|---|---|---|---|---|---|
| **Adams, Howard Berton**<br><br>Guilty plea | 21-358-BAH | 18:231(a)(3) | 12 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Adams unlawfully approached the U.S. Capitol across the east plaza after rioters in his presence pushed through a line of USCP officers. After proceeding across the east plaza to the East Rotunda doorway, a group of people forcibly pushed away police officers and entered the building. Adams followed them, holding a flagpole in his right hand as he entered. Adams then proceeded to the Rotunda, into and through Statuary Hall, and later arrived at the House chamber doorway. Adams and the mob amassed outside this doorway for several minutes, during which time the group chanted, "Break it down!" and "Stop the steal!" Unable to open the door, Adams returned to the Rotunda, where he encountered multiple law enforcement members who were there to clear the room of rioters. Rather than leave through an exit opposite from the line of officers, Adams intentionally walked toward the police line. As he did so, he unfurled and raised a flag while raising both hands. Adams made physical contact with one of the officers as the officer attempted to push the defendant in the opposite direction, toward the exit, and sprayed a chemical irritant against Adams. As this was occurring, several other persons were behind the defendant and were surging forward toward the police line. Adams eventually exited the building through the East Rotunda doorway more than 40 minutes after entering the building. |

| Baugh, Roger Kent

Guilty plea | 22-313-JEB | 18:231(a)(3) | 11 months' incarceration 36 months' supervised release $2,000 restitution | 12 months' and 1 day incarceration 24 months' supervised release $2,000 restitution | Baugh and his friend Mark Mazza entered the West Terrace front. Baugh knew Mazza was armed with a concealed firearm—a firearm that Mazza loaded with shotgun shells and hollow point rounds. Baugh entered the LWT tunnel with Mazza where they both engaged in several heave-ho efforts with the violent mob. Baugh retreated, but again returned for a second effort taking up a position at the mouth of the tunnel. He watched the rioters attack the officers. Mazza was one of those rioters inside the tunnel, who took a metal baton from an officer and struck him with it. Baugh knew Mazza stole this police baton. Baugh then joined the other rioters, pushing and yelling "heave! ho!" in a combined effort to overwhelm and break through the police line. Baugh knew that Mazza lost his firearm at the Capitol and that Mazza intended to file a false police report. After Mazza's arrest, federal investigators interviewed Baugh twice, during which he lied both times. Baugh falsely denied that he entered the tunnel area or had been involved in any violence against officers. |
|---|---|---|---|---|---|
| Blair, David

Guilty plea | 21-186-CRC | 18:231(a)(3) | 8 months' incarceration 36 months' supervised release $2,000 restitution | 5 months' incarceration 18 months' supervised release $2,000 restitution | Blair was in a crowd that was illegally on the west lawn of the Capitol. MPD officers ordered the crowd to back away from the Capitol. Blair positioned himself between the officer and the crowd and began to walk in the space while waiving a Confederate battle flag attached to a lacrosse stick. He yelled "hell naw, quick backing up, don't be scared." As officers advanced, one pushed Blair back toward the crowd. Blair jumped back, squared his body to the officer, and shouted, "What's up motherfucker, what's up, what's up bitch?" Blair then thrust the lacrosse stick toward the chest area of Officer K.P., striking him. Several officers then restrained Blair on the ground, thereafter removing him from the west lawn to process his arrest. |

| Capsel, Matthew

Guilty plea | 22-107-TSC | 18:231(a)(3) | 31 months' incarceration
36 months' supervised release
$2,000 restitution | 18 months' incarceration
24 months' supervised release
$2,000 restitution | Capsel was among rioters at the Lower West Terrace. While there, he recorded videos in which he stated "Hold the line, don't run." He joined a mob of rioters on the steps to the inauguration bleachers, where he and others overtook officers attempting to secure the area. Later, after a citywide curfew was imposed, Capsel joined another group of rioters that charged National Guard troops on the western perimeter of the Capitol near the Peace Monument. Capsel was on the front line of the mob, pushing against the National Guardsmen and smashing their riot shields. In the days following January 6, Capsel posted about his actions on social media, writing in one post, "On the 6[th] good men had to do a bad thing…" |
| **Cooke, Nolan**

Guilty plea | 22-52-RCL | 18:231(a)(3) | 11 months' incarceration
36 months' supervised release
$2,000 restitution | 12 months and 1 day incarceration
36 months' supervised release
$2,000 restitution | Cooke joined the front lines of the riot, helping lead the charge to break through the police line on the east side. Cooke was part of the crowd that shoved their way through a group of USCP officers, who were providing security at the Rotunda Doors. While in this crowd, Cooke yelled the following statements, among others, "There's a storm coming." "Get these motherfuckers." "We're coming through." "Nothing's holding us back." Cooke ultimately climbed the steps to the Capitol where he met more officers. He made physical contact with them as he tried to push through the crowd. When he reached the door of the Capitol, he banged on a window with a flagpole displaying the American flag. Though the government had no evidence of Cooke himself entering the Capitol building, he encouraged others to "Break the glass." "We're going in this way." |

| Cortez, Christian Glenn

Guilty plea | 21-317-TSC | 18:231(a)(3) | 4 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 4 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$2,000 restitution | Cortez joined a crowd of rioters climbing the stairs on the west side of the Capitol, ultimately reaching the Upper West Terrace. Cortez entered the Capitol through the Parliamentarian Door and traveled through the building before law enforcement stopped him and others from proceeding further. After leaving the building, Cortez joined a crowd in front of the North Doors, where rioters were attempting to break Capitol doors down. Cortez stepped in front of the doors while officers were trying to seal them, and Cortez began yelling at them, stating "Fuck you!" and "Oath breakers!" He slammed a blue-colored flag down and stepped in front of the doors. Officers pepper sprayed him. But even after being pepper sprayed, Cortez did not move and instead taunted the officers, yelling "Do it some fucking more!" |
|---|---|---|---|---|---|
| Evans, Derrick

Guilty plea | 21-337-RCL | 18:231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$2,000 fine | Evans—then a member of the West Virginia House of Delegates—made his way to the east side of the Capitol. In a video that Evans livestreamed to his Facebook account and later deleted, he narrated what he saw and heard, making remarks such as "Here we go! Open the doors," and "The door's cracked. We're goin' in!" Once he made it through the doors, Evans exclaimed, "We're in! Derrick Evans is in the Capitol!" Inside, Evans walked through the Rotunda and Statuary Hall. |
| Fairchild, Jr., Robert

Guilty plea | 21-551-TFH | 18:231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 6 months' incarceration<br>$2,000 restitution | Fairchild wrestled away two police barricades from officers trying to maintain a perimeter in the area of the Capitol's West Plaza. Fairchild also engaged in the pushing and pulling of the barriers, tussling with law enforcement. On at least one occasion, he made contact with an officer. He later illegally entered the Capitol building through the Senate Wing Door. |

| | | | | | |
|---|---|---|---|---|---|
| **Gerwatowski, Eric**<br><br>Guilty plea | 22-125-JMC | 18:231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$2,000 restitution | Gerwatowski was at the front of a crowd just outside the Upper House Doors. Capitol Police were attempting to close these doors to prevent more rioters from entering the building. Gerwatowski pulled open one of the doors that the Capitol Police had just closed. He then turned to the mob and yelled, "Let's go!" and directed more rioters into the building. He himself then entered the building, too. While inside, Gerwatowski walked down a corridor and could be heard stating, "They're raping kids and they're shooting kids" to another rioter who was livestreaming. Gerwatowski left the Capitol after being inside for about three minutes. Gerwatowski was also interviewed on camera outside the building, stating, among other things, "the commies are trying to steal the country" and that he believed the election was stolen. |
| **Gordon, John**<br><br>Guilty plea | 22-343-RC | 18:231(a)(3) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 6 months' incarceration<br>24 months' supervised release<br>$2,000 restitution | Gordon was illegally on the Capitol grounds and took part in violence outside the North Door of the Capitol. Police officers were on the other side of the glass window in the door, attempting to secure the building. Shortly after officers sprayed chemical irritants to disperse the mob, Gordon yelled obscenities at officers behind the inner doors and began repeatedly throwing a heavy projectile at the inner doors. The crowd of rioters cheered as Gordon repeatedly threw the heavy projectile—at least four times. Gordon then began charging the inner doors and kicking them with enough force to damage and cause the inner doors to briefly open. Gordon was handed a pair of ski goggles by another rioter in an effort to better withstand the chemical irritants being sprayed. |
| **Grayson, Kenneth**<br><br>Guilty plea | 21-224-TSC | 18:231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 2 months' incarceration<br>24 months' supervised release<br>$2,000 restitution | Grayson entered the Capitol building through the Senate Wing Door and proceeded to the Crypt. He also entered the Rotunda area. While there, Grayson found rioters who were pushing against a line of officers in an attempt to gain access to the adjoining hall. Grayson joined the rear of this group to push against the police officers. Grayson then moved to the side of the group toward the wall. Moments later, another rioter yelled "Push!" after which Grayson again joined the rear of the group to push en masse against the police line guarding the area. |

| Griswold, Andrew<br><br>Guilty plea | 21-459-CRC | 18:231(a)(3) | 5 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 75 days' incarceration<br>24 months' supervised release<br>$2,000 restitution | Griswold was part of a group of rioters that gathered together outside the Capitol's East Rotunda doors, surging toward the entrance to the building. Shouting "heave, ho!" Griswold pushed on a rioter in front of him and advanced toward the open doors. Once inside, Griswold made his way to the Senate Gallery.[1] After leaving the building, he spoke to a reporter declaring "We took the building. They couldn't stop us." and "Don't mess with us. Back off. This is our country. We showed 'em today. We took it. They ran. And hid." Later, Griswold deleted evidence from his cell phone, which the FBI was unable to recover or identify through forensic analysis of Griswold's phone. As for his criminal history, Griswold had 6 prior criminal convictions in early adulthood and another recent conviction for driving impaired, for which he was sentenced to probation and then later arrested on a probation violation and re-sentenced to further probation. |
| Hamner, Thomas<br><br>Guilty plea | 21-689-ABJ | 18:231(a)(3) | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>200 hours' community service<br>$2,000 restitution | Hamner illegally entered the West Lawn of the Capitol that was barricaded with fencing. Upon seeing rioters break through the police line, Hamner hopped over the barricades and began pulling them down. A crowd of violent rioters assembled on the West Plaza of the Capitol. Capitol Police formed a line of bike racks to act as a barrier against the crowd. Officers fended off repeated attempts by those in the mob to pull on the bike racks, either with their hands or with ropes and straps. Hamner engaged in tug-of-war with a Capitol Police officer and an MPD officer over a bike rack that was being used as a barricade. Later, Hamner joined others in the mob in pushing a large metal sign into the defensive line formed by law enforcement officers. |

---

[1] Also no 3-level increase in Griswold under the physical-contact enhancement. (*See* Govt's Sentencing Mem. at 27, *US v. Griswold*, Case No. 1:21-cr-459-CRC [Doc. 52].)

| | | | | | |
|---|---|---|---|---|---|
| **Johnson, Daniel**<br><br>Guilty plea | 21-407-DLF | 18:231(a)(3) | 6 months' incarceration<br>12 months' supervised release | 4 months' incarceration<br>12 months' supervised release<br>$2,000 restitution | Daniel Johnson—having a criminal history—and his father Daryl Johnson unlawfully entered the Capitol by climbing through a broken window next to the Senate Wing Door on the west side of the Capitol building. Daniel Johnson joined a group of rioters who were rushing a group of officers to help push open the East Rotunda doors, allowing the rioters outside of the building to enter. Daniel Johnson was one of the first rioters inside. He proudly posted on social media about his participation in the riot following January 6. |
| **Johnson, Daryl**<br><br>Guilty plea | 21-407-DLF | 18:231(a)(3) | 3 months' incarceration<br>12 months' supervised release | 30 days' incarceration<br>12 months' supervised release<br>$2,000 fine<br>$2,000 restitution | Daryl Johnson and his son Daniel entered the Capitol by climbing through a broken window. He and his son rushed a group of officers to help push open the East Rotunda doors, permitting the rioters outside of the building to enter. In the days after January 6, Daryl Johnson bragged about his events on social media, writing in one post "Mark my words. Yesterday will be the beginning of the revolution." In another, Daryl Johnson wrote, "Bring it on Biden! I have no problem dying in a pool of empty shell casings." |
| **Presley, Ronnie**<br><br>Guilty plea | 21-257-RDM | 18:231(a)(3) | 16 months' incarceration<br>12 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>26 months' supervised release<br>$2,000 restitution | Presley illegally entered the Capitol through the Upper West Terrace doorway. Presley then moved to the Rotunda, shouting "Fight for this!" Multiple law enforcement officers tried to clear the Rotunda of rioters. Presley disregarded the verbal commands to leave and instead physically confronted one officer by leaning into the officer's baton. After Presley left the Capitol through the east Rotunda doorway, he remained nearby outside. When a police officer attempted to clear that area of rioters, Presley grabbed and pulled on a police riot shield. At the time of sentencing, Presely had prior state court convictions in Tenn. for domestic assault, reckless endangerment, driving while impaired, as well as felony burglary. |

| | | | | | |
|---|---|---|---|---|---|
| **Romero, Moises**<br><br>Guilty plea | 21-677-TSC | 18:231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months and 1 day incarceration<br>12 months' supervised release<br>$2,000 restitution | Romero participated in the push against police officers who were trying to keep rioters from entering the Capitol through the damaged Senate Wing Door. Officers created a temporary barrier out of wooden displays to stop the flow of rioters. Romero—in the front line of rioters—pushed the temporary barrier against the USCP officers, who were eventually overpowered. Romero and the other rioters succeeded in pushing through and into the Capitol. Once the barrier was broken, additional rioters entered the Capitol through the Senate Wing Door. |
| **Ryals, Jerry**<br><br>Guilty plea | 21-244-CKK | 18:231(a)(3) | 6 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 9 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Ryals joined a crowd that was illegally on the Capitol grounds. At the bottom of the Capitol steps, Ryals filmed a video from his phone in which he said, "They are tear gassing, throwing flash bangs, pepper spray, but we will not concede." As he made his way up the Capitol steps, he filmed another video, stating, "We definitely have enough people to overthrow this bitch. They don't stand a fucking chance." Ryals entered the Capitol building through a side door, where he stayed for 10-15 minutes. He was told to leave by Capitol police, but he later re-entered and remained inside for another 30 additional minutes. He walked through several areas on multiple floors of the building, including the Rotunda and the Crypt. After finally leaving, he stayed illegally on Capitol grounds and boasted about his activities on social media after January 6. |
| **Shough, Geoffrey**<br><br>Guilty plea | 22-197-DLF | 18:231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 6 months' incarceration<br>12 months' supervised release<br>200 hours' community service<br>$2,000 restitution | Shough marched to the Capitol wearing a body armor vest underneath a jacket, a ballistic-style helmet with an Oath Keepers decal on the back, goggles, hard-knuckle gloves, and a tan pouch attached to his hip. Shough was with a crowd of rioters illegally on the West Lawn of the Capitol grounds. He carried and waved a large Texas flag and cheered as other rioters attacked and overwhelmed police officers nearby on the Northwest steps. Shough then moved to the Northwest Courtyard outside the Senate Wing Door. Shough forcefully and unlawfully entered the Capitol through the Senate Wing Door. He was among the first individuals in the crowd that overwhelmed officers during the breach of the |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Senate Wing Door. After the rioters overwhelmed the officers, Shough engaged in a very animated conversation with one or more of the officers. During his plea hearing, he acknowledged telling the officers that they "should go home." He traveled through the Crypt, past the House Wing Door, and through the Hall of Columns before finally exiting the Capitol approximately 15 minutes after entry. |

Table 2: Capitol Breach Cases involving Defendants Convicted of **Multiple Counts**, including 18 U.S.C. § 231(a)(3)                [23 Cases]

| Defendant | Criminal Case Number | Offense of Conviction | Government's Recommendation | Sentence Imposed | Summary of Offense Conduct and Notable Specific Offender Characteristics |
|---|---|---|---|---|---|
| **Cantwell, Lewis Easton**<br><br>Guilty plea | 21-89-CKK | 18:231(a)(3) and 2 | 5 months' incarceration<br>Term of supervised release<br>$2,000 restitution | 5 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Cantwell joined rioters at the front of one of the entrances into the Capitol using his cellphone to make several video recordings of individuals battling officers. In one recording, he yelled "get the door open." In other recording, he yelled that they needed "fresh patriots to the front." At times, Cantwell participated in the mob by rocking back and forth while others chanted "heave ho" as they pushed against police. Cantwell also helped propel a flagpole toward the Lower West Terrace tunnel, where a variety of objects were being used to assault police. Cantwell recorded several videos, one in which he stated, "We've essentially stormed the Capitol building…we're tired of the bullshit." In another video, he said "liberty or death." In an interview with the FBI, Cantwell falsely claimed that he went to the Capitol doors to "help" people. In a Facebook post, he falsely said that he helped people and protesters, that there was no major property damage, and that he treated people with love and respect. |
| **Council, Matthew** | 21-207-TNM | 18:231(a)(3)<br>18:111(a)(1)<br>18:1752(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' probation<br>6 months' home detention<br>100 hours community service | Council joined rioters who were illegally gathered at the west side of the Capitol building. Despite being sprayed with a |

| | | | | | |
|---|---|---|---|---|---|
| Guilty plea | | 18:1752(a)(2)<br>40:5104(e)(2)(D)<br>40:5104(e)(2)(G) | | $2,000 restitution | chemical irritant, Council continued up the stairs to the Northwest Plaza. At the time, officers were struggling to the keep the mob outside the building. Council entered the Parliamentarian Door. He barged into a line of USCP officers, trying to push them back and create an opening for others to get through. He fell to the ground. He was arrested at the scene. Council suffers from severe mental health disorders, including schizoaffective disorder, bipolar type. The court found that these mental health disorders impacted Council's actions and made him especially susceptible to conspiracy theories that were propagated prior to January 6, all of which warranted a variance. |
| **Dennis, Robert Wayne**<br><br>Convicted after trial | 21-679-JEB | 18:111(a)(1)<br>18:231(a)(3)<br>18:1752(a)(1)<br>18:1752(a)(2)<br>18:1752(a)(4)<br>40:5104(e)(2)(F) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' incarceration<br>24 months' supervised release<br>$2,000 restitution | Dennis was on the Upper West Terrace of the Capitol during the riot. MPD officers had formed a police line on top of a set of stairs to act as a barrier against the crowd and prevent further breaches of the Capitol. Dennis deliberately ascended the stairs and assaulted this line of officers. One officer attempted to use a baton to push Dennis away. Yet Dennis then attacked the officers again, throwing punches and engaging in a violent struggle with more than one officer. |
| **Egtvedt, Daniel**<br><br>Convicted after trial | 21-177-CRC | 18:111(a)(1)<br>18:231(a)(3)<br>18:1512(c)(2) and 2<br>18:1752(a)(1) and 2<br>40:5104(e)(2)(D) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 42 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Egtvedt forcibly entered the Capitol through the Senate Wing Door. Egtvedt and numerous other individuals entered at that moment by pushing their way through a line of USCP officers. Once inside Egtvedt walked through the building, loudly accusing various police officers of being "traitors." He also told another rioter, who was recording and livestreaming him, that other people should come down to the Capitol to disrupt the congressional proceedings. Several minutes later, Egtvedt was walking through the Hall of Columns. Multiple officers directed him to leave the building through a nearby doorway. Egtvedt, however, refused to comply and instead reversed course and headed back toward the building interior. When USCP |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Officer M.M. put her hand on Egtvedt's chest, to direct him back toward the doorway, Egtvedt swatted her hand away and then grabbed onto her jacket. Other officers then assisted Officer M.M. to try to pull Egtvedt away from her and re-direct him back toward the doorway. Egtvedt, who is over six feet tall and who weighed, at the time, well over 300 pounds, continued to try to move away from the doorway. As a result, he, along with another officer fell to the floor, which resulted in injuries to that officer's right shoulder. Moments later USCP officers physically removed Egtvedt from the building. Even after he was outside the building, Egtvedt remained on the Capitol grounds and approached two other doorways, trying to get back inside. During this period he again spoke to another rioter who was livestreaming, and again urged people to come to the Capitol. |
| **Gardner, Mitchell Todd**<br><br>Guilty plea | 21-622-APM | 18:231(a)(3)<br>18:1512(c)(2) and 2<br>18:111(a)(1) and (b) | 71 months' incarceration<br>36 months' supervised release<br>$3,500 restitution | 55 months' incarceration<br>36 months' supervised release<br>$3,500 restitution | Gardner was part of a mob just outside the Lower West Terrace tunnel, where he shouted, among other things, "Drag them out," and "Pull the cops out." Gardner used an MPD pepper spray device against officers within the tunnel area. The contents hit one officer directly in the face shield and splattered onto two additional officers. This burned the officers' eyes and caused them to cough for an extended period time. Gardner also urged other rioters to use a ladder to break into a window. When the ladder was not used, Gardner stood on a window ledge outside of a Senate Terrace Room and damaged the window with the pepper spray device canister. Gardner ultimately entered the Senate Terrace Room. Once inside, he waved other rioters to come closer or into the building. He also handed another rioter what looked to be a table/desk leg—an object that was used to assault police officers. After Gardner exited the Capitol, he remained on the LWT, encouraging the mob and even cheering when |

| | | | | | one rioter threw a fire extinguisher into the LWT tunnel at police officers. |
|---|---|---|---|---|---|
| **Gillespie, Vincent**<br><br>Convicted after trial | 22-60-BAH | 18:111(a)(1)<br>18:231(a)(3)<br>18:1752(a)(4)<br>40:5104(e)(2)(F) | 87 months' incarceration<br>36 months' supervised release | 68 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Gillespie was among rioters in the Lower West Terrace of the Capitol who engaged in pushing, shoving, yelling, and fighting with law enforcement officers. He struggled his way through the crowd, eventually maneuvering through the rioters to the line of police officers defending the LWT's exterior door. At one point, Gillespie gained control of a police shield and used it to ram the police. He then used two hands to grab an MPD sergeant by the arm, yanking him toward the mob. He then screamed "traitor" and "treason" at the police. |
| **Jensen, Douglas**<br><br>Convicted after trial | 21-06-TJK | 18:231(a)(3)<br>18:1512(c)(2)<br>18:111(a)(1)<br>18:1752(a)(1) and (b)(1)(A)<br>18:1752(a)(2) and (b)(1)(A)<br>40:5104(e)(2)(D)<br>40:5104(e)(2)(G) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Jensen illegally entered the Capitol grounds wearing a distinctive black shirt with a large "Q" emblazoned on the chest, and he carried a knife with a three-inch blade inside his pocket. He scaled a 21-plus foot wall on the West Front of the Capitol, and was the tenth person inside the Capitol building through the doors and windows at the Senate Wing entrance. Once inside, Jensen led a mob of rioters in a menacing pursuit of USCP Officer Eugene Goodman, just steps away from where congressional members were hiding. Jensen demanded that officers "back up" and "surrender the building." Later, after exiting and re-entering the Capitol through the East Rotunda Doors, Jensen shoved and berated MPD officers who were attempting to clear rioters from the building. |
| **Hernandez, Joshua**<br><br>Guilty plea | 22-42-CRC | 18:231(a)(3)<br>18:111(a)(1) | 30 months' incarceration<br>36 months' supervised release | 24 months' incarceration<br>36 months' supervised release | Hernandez illegally entered the restricted grounds of the Capitol, heading toward the Lower West Terrace area, and inciting the crowd by waiving a flag and chanting. Hernandez entered the Capitol through a window near the Senate Wing Door, carrying a flagpole. From the Senate Wing, he went into the Crypt, the House Speaker's Conference Room, and the Rotunda, with the flagpole. Hernandez joined rioters who were confronting law enforcement at the East |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Rotunda interior door. He then shouted and waved for others to join him in a group to push against the officers to open the doors to other rioters outside. Hernandez braced and pushed with the group to open the East Rotunda doors to those outside. Hernandez then moved around the group of rioters, moved his flagpole up, reached with it over the top of the rioters, and hit one officer on his riot helmet with the flagpole. Hernandez then entered the Senate Gallery with the flagpole. |
| **McCaughey, Patrick Edward**<br><br>Convicted after trial | 21-40-TNM | 18:111(a)(1) and 2<br>18:111(a)(1) and (b)<br>18:1512(c)(2) and 2<br>18:231(a)(3)<br>18:1752(a)(2) and (b)(1)(A)<br>18:1752(a)(4) and (b)(1)(A)<br>40:5104(e)(2)(D) and 2<br>40:5104(e)(2)(F) | 188 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 90 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | McCaughey and co-defendants (Tristan Stevens and David Mehffie) each illegally made their way on to the restricted grounds of the Capitol. McCaughey and Stevens taunted officers at the West Front, and Mehaffie yelled at nearby rioters who were hesitating to illegally cross the outer perimeter. The three defendants ultimately broke through the police line at the West Front, after which each scaled the Southwest scaffolding and staircase to reach the Lower West Terrace tunnel. There, McCaughey and others attempted to break through the police line by directing other rioters, participating in heave-hos against the police, using riot shields stolen from law enforcement, and assaulting three specific officers. McCaughey himself grabbed a riot shield and used it as a weapon in the standoff against MPD Officer Daniel Hodges. Even after officers finally cleared the tunnel area, McCaughey and his co-defendants illegally remained on Capitol grounds. |
| **Mehaffie, David**<br><br>Convicted after trial | 21-40-TNM | 18:111(a)(1) and 2<br>18:231(a)(3)<br>40:5104(e)(2)(D) and 2<br>40:5104(e)(2)(F) and 2 | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 14 months' incarceration<br>24 months' supervised release | Mehaffie—given the nickname #TunnelCommander by online investigators—was a key player in the melee and assault against law enforcement officers who were guarding the Lower West Terrace tunnel entrance. Mehaffie first made his way onto the restricted Capitol grounds with two other co-defendants (Patrick McCaughey and Tristan Stevens). While his co-defendants taunted officers at the West Front, Mehaffie yelled at nearby rioters, "If we can't fight over this |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | wall, we can't win this battle!" The police line at the West Front failed due to the siege of the advancing mob. Mehaffie and others then scaled the Southwest scaffolding and staircase to converge at the LWT tunnel. Taking a clear leadership role in urging the crowd to keep pushing, Mehaffie hung from an archway at the tunnel entrance for 26 minutes giving orders, shouting direction, and coordinating the efforts of the mob to overpower the police. |
| **Miller, Garret**<br><br>Guilty plea | 21-119-CJN | 18:231(a)(3)<br>18:111(a)(1)<br>18:875(c)<br>18:1752(a)(1)<br>18:1752(a)(2)<br>18:1752(a)(3)<br>40:5104(e)(2)(D)<br>40:5104(e)(2)(E)<br>40:5104(e)(2)(G)<br>18:231(a)(3) | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 38 months' incarceration<br>36 months' supervised release | Miller believed that the 2020 presidential election had been stolen. Using social media, he posted threats to multiple people, including Senator Chuck Schumer, Mark Zuckerberg, and Jack Dorsey. On January 6, Miller traveled to DC to stop certification of the election. He brought with him rope, a grappling hook, a mouth guard, and a bump cap—tools that he referred to as "riot gear"—and stated that he "looked forward" to fighting what he called the "soft" people that he might encounter in DC. During the breach, Miller was at the forefront of every barrier overturned, police line overrun, and entryway breached within his proximity that day. Miller was so disruptive on the East Front of the building that he was twice detained, the second time resulting in him being put in handcuffs. After promising to leave, Miller stayed and recorded himself talking about a revolution. Miller then forced his way past the Capitol police and entered the Rotunda, making it to the old Senate Chamber before turning back to the Rotunda. As law enforcement attempted to remove the rioters, Miller stayed on the front lines, assaulted MPD officers, and engaged in a physical altercation with no fewer than six officers. After finally being ejected, he then made his way to the West Front where he watched the violent encounter at the Lower West Terrace tunnel. In response to Congresswoman Ocasio-Cortez's social media post to "Impeach," Miller directly responded: |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | "Assassinate AOC." After the riot, Miller discussed his desire to publicly identify the officer who shot Ashli Babbitt and "hug his neck with a nice rope." |
| **Mostofsky, Aaron**<br><br>Guilty plea | 21-138-JEB | 18:641<br>18:231(a)(3)<br>18:1752(a)(1) | 15 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 months' incarceration<br>12 months' supervised release<br>200 hours' community service<br>$2,000 restitution | Mostofsky—dressed as a caveman and carrying a walking stick or rod—was among the crowd of rioters that overwhelmed a police perimeter near the Peace Circle, due west of the Capitol building. Mostofsky and other rioters then reached the West Plaza, where Mostofsky joined a group of rioters pushing against a police line that was attempting to limit the crowd's access to the Capitol. Mostofsky broke the police line using his weight and strength. He then climbed the exterior stairs to the Capitol's Upper West Terrace and then headed to the Senate Wing Door. En route, he picked up a USCP bullet-proof vest and put it on. The crowd broke windows next to the Senate Wing Door, entered the Capitol and then broke the doors open from inside the building. Mostofsky entered through the door as the twelfth person to enter the Capitol building that way. Mostofsky picked up a U.S. Capitol Police riot shield and then followed other rioters to a staircase, where they pursued a USCP officer upstairs and into the Ohio Clock Corridor, outside the Senate Chamber. Mostofsky gave an interview to a reporter and then left the building. He still had the police vest and riot shield with him until a Capitol Police officer took the shield away from him. |
| **Reffitt, Guy**<br><br>Convicted after trial | 21-32-DLF | 18:231(a)(2)<br>18:1512(c)(2)<br>18:1752(a)(1)<br>18:231(a)(3)<br>18:1512(a)(2)(C) | 180 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 87 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Reffitt was a member of the Texas Three Percenters, a militia organization. Reffitt recruited others to join him in DC, by sending messages. He told them, "we will strike the match in DC on the 6th." Reffitt had a handgun and an AR-style rifle with him. He also wore body armor and carried flexi-cuffs and radios for communication. Reffitt wore a helmet with a camera mounted on top, and he had a megaphone. Reffitt told his group and others around him that he planned to drag Speaker |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Nancy Pelosi out by her ankles. Reffitt made statements that were recorded by his helmet camera – one where he said, "We're taking the Capitol before the day is over." Reffit was at the front of the group that charged USCP officers at the terrace on the west side of the building. Reffit climbed a bannister, led the mob up staircases outside the building, and kept advancing on the officers while he was being struck by officers with projectiles and pepper spray. Reffit urged others to keep moving. He made his way up to the Senate Wing Door, however, he did not go inside. Reffit told his militia group to delete correspondence related to going to DC. |
| **Robertson, Thomas**<br><br>Convicted after trial | 21-34-CRC | 18:1512(c)(2) 18:231(a)(3) 18:1752(a)(1) and (b)(1)(A) 18:1752(a)(2) and (b)(1)(A) 40:5104(e)(2)(D) 18:1512(c)(1) | 96 months' incarceration 3 months' supervised release $2,000 restitution | 87 months' incarceration 36 months' supervised release $2,000 restitution | Robertson—an off-duty police sergeant with the Rocky Mount Virginia police department and army veteran—headed to the Capitol after attending a rally at the Washington Monument. He donned a gas mask as he approached the Lower West Terrace, where he joined an advancing mob of rioters. Robertson carried a large wooden stick and confronted members of the MPD, who had arrived to back up the Capitol Police. Robertson entered the Capitol. Robertson also destroyed his phone to conceal evidence of his crimes. |

16

| | | | | | |
|---|---|---|---|---|---|
| **Rubenacker, Greg**<br><br>Convicted after trial | 21-193-BAH | 18:231(a)(3)<br>18:1512(c)(2)<br>18:111(a)(1)<br>18:1752(a)(1)<br>18:1752(a)(2)<br>18:1752(a)(4)<br>40:5104(e)(2)(D)<br>40:5104(e)(2)(E)<br>40:5104(e)(2)(F)<br>40:5104(e)(2)(G) | 46 months' incarceration<br>36 months' supervised release | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Rubenacker engaged in a series of confrontations with law enforcement inside the Capitol. He was one of the first 50 to enter the Capitol. He entered through the Senate Wing Door, recording a video in which he stated, "This is history! We took the Capitol!" He was in a crowd that was yelling, "Where are they counting the votes? And he eventually chased a USCP officer up a flight of stairs. He left the building but returned later through the Rotunda Door where rioters surrounded and assaulted officers attempting to prohibit entry through the East Rotunda Doors. Rubenacker smoked marijuana while he was in the Rotunda. While he was resisting officers attempting to remove rioters from the Rotunda, he swung a plastic bottle at an officer's head and then sprayed water from his bottle across officers engaging with other individuals. |
| **Sargent, Troy**<br><br>Guilty plea | 21-258-TFH | 18:231(a)(3)<br>18:111(a)(1)<br>18:1752(a)(1)<br>18:1752(a)(2)<br>18:1752(a)(4)<br>40:5104(e)(2)(F) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 14 months' incarceration<br>24 months' supervised release<br>$500 restitution | Sargent stepped out of the crowd and swung his open hand at a USCP officer, making contact with the officer. Immediately afterward, another officer, instructed Sargent and others, "Do not start attacking people." Seconds later, Sargent again advanced toward the front of the crowd and swung his open hand toward the same officer; this time, he made contact with someone else in the crowd though he intended to strike the officer. In a social media message, he wrote "I got two hits in on the same rookie cop" and "yeah every time he came in his visor was all full of [mace so] I knew [he] couldn't see shit so I just jumped out from behind somebody punched him as hard as I could [right] in his [visor] ." |
| **Schwartz, Peter**<br><br>Convicted after trial | 21-178-APM | 18:111(a)(1) and (b)<br>18:231(a)(3)<br>18:111(a)(1) and (b)<br>18:111(a)(1) and (b)<br>18:1512(c)(2)<br>18:1752(a)(1) and (b)(1)(a) | 294 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$71,541 fine | 170 months' incarceration<br>36 months' supervised release | Schwartz and his then-wife (Shelly Stallings) traveled to DC "intent on violence." They made their way to the front lines near the Lower West Terrace where Schwartz would later brag that he threw the "first" chair at the police line that helped create an opening other rioters used to flood through. Schwartz then stole chemical munitions, including pepper |

| | | 18:1752(a)(2) and (b)(1)(a) 18:1752(a)(4) and (b)(1)(a) 40:5104(e)(2)(D) 40:5104(e)(2)(F) | | | spray, that had been left behind by the fleeing officers and used that pepper spray as a weapon to attack those same officers as they tried to escape the growing and increasingly violent mob. After assaulting police with pepper spray, he then entered the Lower West Terrace tunnel and worked with other rioters to again spray officers. Schwartz is a repeat offender with a criminal history of 38 prior convictions, some of which include drugs and weapons offenses, assault on police officer offenses, disorderly conduct, and domestic violence. |
| **Stallings, Shelly**<br><br>Guilty plea | 21-178-APM | 18:231(a)(3) 18:111(a)(1) and (b) 18:1752(a)(1) and (b)(1)(A) 18:1752(a)(2) and (b)(1)(A) 18:1752(a)(4) and (b)(1)(A) 40:5104(e)(2)(D) 40:5104(e)(2)(F) | 51 months' incarceration 36 months' supervised release $2,000 restitution | 24 months' incarceration 36 months' supervised release | Stallings sprayed pepper spray at a line of police officers attempting to secure the area of the Lower West Terrace. |
| **Stevens, Tristan**<br><br>Convicted after trial | 21-40-TNM | 18:111(a)(1) and 2 18:231(a)(3) 40:5104(e)(2)(D) and 2 40:5104(e)(2)(F) and 2 18:111(a)(1) 18:1752(a)(2) 18:1752(a)(4) | 78 months' incarceration 36 months' supervised release $2,000 restitution | 60 months' incarceration 24 months' supervised release $2,000 restitution | Stevens illegally made his way onto the restricted grounds of the Capitol. Stevens taunted officers at the West Front. He and two co-defendants ultimately broke through the police line when the West Front failed under the siege of the advancing mob. Stevens scaled the Southwest scaffolding and staircase, reaching the Lower West Terrace tunnel. There, Stevens attempted to break into the building by directing other rioters, participating in heave-ho pushes against the police line, using riot shields stolen from the Capitol police, and assaulting numerous officers. Even after officers finally cleared the tunnel area, Stevens illegally remained on Capitol grounds. In his statement to the court prior to receiving his sentence, Stevens spat out a slew of conspiracy theories including that January 6 was an "entrapment operation" by the federal government to cover up the purportedly fraudulent 2020 presidential |

| | | | | | election. Stevens also claimed that Dr. Anthony Fauci had launched a "bioweapon" to impact the presidential election. |
|---|---|---|---|---|---|
| **Tenney, George**<br><br>Guilty plea | 21-640-TFH | 18:231(a)(3)<br>18:1512(c)(2) | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Tenney illegally entered the Capitol through the Senate Wing Doors. Once inside, he moved to the area inside the Rotunda Doors, where rioters had amassed outside the doors and were struggling against the police officers attempting to secure the building. Tenney tried to open the Rotunda Doors to allow the rioters inside, and he had contact with multiple federal employees while doing so. He succeeded in opening one of the doors. A police officer who was outside tried to push them closed, and Tenney resisted, pushing against the door to try to keep it open. An employee of the House Sergeant at Arms then ran towards Tenney, pushing him aside in an effort to close the door. Tenney grabbed the employee by the shoulder. He and other rioters surrounded the employee, and a heated conversation began. A rioter from outside the doors forced his way inside and pushed the employee of the House Sergeant at Arms away. Tenney, meanwhile, continued to stand in the doorway, and locked arms with a Capitol Police officer who was just outside the doors. He and the officer moved inside, towards the Rotunda. Tenney pushed away the officer's hand. While in the Rotunda, he yelled, "Stand up, Patriots, stand up!" He then returned to the Rotunda Doors, where he assisted rioters entering the building, patting them on the back and helping them move forward. When another Capitol Police officer entered the area, Tenney pushed him to the side. Tenney ultimately had to be pulled back inside so that the Rotunda Doors could be closed to keep other rioters from entering. He then retreated to the Rotunda and exited the Capitol through a window. |
| **Webster, Thomas** | 21-208-APM | 18:111(a)(1) and (b)<br>18:231(a)(3) | 210 months' incarceration<br>36 months' supervised release | 120 months' incarceration<br>36 months' supervised release | Webster was a former marine and a 22-year veteran of the New York City Police |

| | | 18:1752(a)(1) and (b)(1)(A) 18:1752(a)(2) and (b)(1)(A) 18:1752(a)(4) and (b)(1)(A) 40:5104(e)(2)(F) | $2,000 restitution | $2,000 restitution | Department. Webster traveled to DC with a NYPD bulletproof vest and a small revolver that he could conceal inside a jacket pocket. Webster also carried a large metal flagpole. Webster attempted to provoke an officer, standing behind a bike-rack barricade, into a fight. Webster forcefully pushed against the bike rack and the officer reached to shove him away; but, instead struck Webster in the face. Webster swung the flagpole against the bike rack with enough force to break it. Webster then charged the officer. The officer wrestled the flagpole away from Webster. Webster then tackled the officer and then dragged the officer by his helmet, pinned the officer to the ground and then tried to rip off his gas mask. This caused the tear gas to become trapped inside the officer's gas mask. While Webster had the officer restrained on the ground, other rioters kicked the officer. Webster left the officer on the ground and continued toward the Capitol. |
|---|---|---|---|---|---|
| Convicted after trial | | | | | |
| **Williams, Riley June**<br><br>Convicted after trial | 21-618-ABJ | 18:231(a)(3) 18:111(a)(1) 18:1752(a)(1) 18:1752(a)(2) 40:5104(e)(2)(D) 40:5104(e)(2)(G) | 87 months' incarceration 36 months' supervised release $3,039 restitution | 36 months' incarceration 36 months' supervised release $2,000 restitution | Williams illegally entered the Capitol building through the Senate Wing Door and remained inside for about 70 minutes. While inside the building, Williams moved through areas including the Crypt, Rotunda, and the House Speaker's Office. She directed other rioters, pushed against officers, and took video, audio, and photo recordings of her activities. She also threw a water bottle at police officers and called them traitors. While inside the Speaker's Office, Williams encouraged other rioters to steal an office laptop, and took a video of the theft, telling one of them, "Dude, put on gloves!" and yelling, among other things, "Take that fucking laptop." |

20

| | | | | | |
|---|---|---|---|---|---|
| **Young, Philip S.**<br><br>Guilty plea | 21-617-DLF | 18:111(a)(1)<br>18:231(a)(3)<br>18:1752(a)(1)<br>18:1752(a)(2)<br>18:1752(a)(4)<br>40:5104(e)(2)(D)<br>40:5104(e)(2)(F) | 40 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | Young was illegally on the Capitol grounds, standing on the stairs leading to the Upper West Terrace. Someone in the crowd shouted "1,2,3 go!" and Young went up the stairs. Young was one of several people that lifted and pushed a metal bike rack barricade into a line of law enforcement officers from the MPD and Capitol Police. Young later made his way to the east courtyard of the Capitol, where he let air out of the tires of a federal government vehicle. |

Additional Notes:

\* The government's sentencing chart dated May 5, 2023, *available at* https://www.justice.gov/file/1583256/download, identifies William Watson as a defendant—in Case No. 1:21-cr-0051-RBW— who was convicted of violating 18 U.S.C. § 231(a)(3) among others. This is incorrect. Watson was convicted of violating 18 U.S.C. § 1512(c)(2) and §§ 1752(a)(1) and (b)(1)(a).

Exhibit B

Native Video File

Submitted to the Court and Counsel via Secure Filesite Sharing Platform

Exhibit C

Native Video File

Submitted to the Court and Counsel via Secure Filesite Sharing Platform

Exhibit D

Native Video File

Submitted to the Court and Counsel via Secure Filesite Sharing Platform

Exhibit E

Native Video File

Submitted to the Court and Counsel via Secure Filesite Sharing Platform

Exhibit F

*02/15/23*

*The Honorable Trevor N. McFadden*
*U.S. District Court for the District of Columbia*
*333 Constitution Avenue NW*
*Washington, DC 20001*

Dear Judge McFadden,

I am writing this letter on behalf of my husband Bernard J. Sirr.  My name is Kathryn A. Sirr and I have been married to Bernard for 23 amazing years. I was born and raised in Rhode Island to a very close knit family. In 1998, I graduated from the University of Rhode Island, Summa Cum Laude, with my Master of Science degree in speech-language pathology. I have worked as a speech-language pathologist supporting and advocating for individuals with communication disorders for the last 25 years. I currently work in a junior/senior high school with adolescents who have learning disabilities, autism, and emotional/behavioral disorders.

I want you to know that I am so grateful for this opportunity to communicate to you the character of the man I have loved since I was eighteen years old. I have deliberated on how to begin this task and turned it over in my mind many times during the last several weeks, as I try to find the right words to describe Bernard and the story of our life together. I hope that what I am about to write in this letter will provide you with insight to help make a determination on a fair sentence for his actions on January 6, 2021, one day out of the many that I have shared with him. I understand that it is your job to pass sentence on his actions that day. I would like you to understand how he has spent all the other 10, 949 days I have known and loved him.

I met Bernard at my part-time job at Super Stop & Shop market in January 1993 and we started dating that summer.  I was a college student and he had just graduated high school. Despite being very young, I knew what I wanted in a person. Someone who was kind, gentle, compassionate, who had a close relationship with their family, and put others before themselves. At 18 years old I knew I found that person in Bernard. I fell in love with his kindness and genuine compassion. He always thought of others and their needs. I remember the first time I saw proof of this. It was pouring rain on a cold night and he was driving me home after work so I could change for our date. We were almost to my neighborhood when we passed a person whose car was stuck in a large puddle. Without hesitation, he stopped the car. He said he needed to  push the person's car out of the puddle. So that's what he did, not because I asked him but because he saw someone in need and put that person's well being  ahead of his own needs and comfort. Needless to say we did not go on that date. He was soaked and it was

1

too late. That didn't matter and I didn't mind. I knew that he was the person I wanted to spend the rest of my life with.

We dated for six years while I was in college and he spent time away in the military. Through it all our relationship remained strong and he was my rock. In 1999, we married and we were excited to start our life together. During those first few years, there were highs and lows. Some trials came. He was accepted into the electrical union, we bought our first house and I discovered I was pregnant. He dedicated his time to learning his trade, renovating our house, and caring for me during my difficult pregnancies. Shortly after discovering I was pregnant with our first child, Bernard's best friend's wife was in a near fatal car accident and was left with significant brain damage. Bernard immediately flew to Virginia to be with him and over the course of the next twenty years he has spoken to him everyday, despite the distance and his busy life. Our son was born and Bernard lovingly cared for him. Then his father was diagnosed with a rare brian tumor, a month after our son was born and died the following year. This shook Bernard to his core, but through it all he remained my rock, putting me, his kids, and his family above his own needs. The spring of 2003 we received the happy news I was pregnant with our second child. Our daughter was born 10 weeks premature and she spent 5 weeks in the NICU. Through it all he supported me, helped raise our children, and worked incredibly hard to build a wonderful life for us.

People say that children are a reflection of their parents and how they are raised. I believe this is true and am proud of my children. Not for the accolades that they have achieved over the years but because of the human beings that they have become. Joseph and Caroline are loving and kind people, to each other, to us, to their family and friends, and to complete strangers. I know this is because of all of the love and care they received from their father and the example that he set. Bernard has always chosen to spend time with his family over various hobbies and friends. Building forts, making halloween costumes, taking family camping trips, hiking in the woods, and weekly dinner and a movie to name a few. His focus was always on spending time with his family where he could provide love, values, and to be a role model for what he hoped they would grow to become. So it didn't surprise me when about a year ago while we were waiting in a long line for a table at a restaurant my son quietly performed an act of kindness. My husband and I had given our name to the host and when I returned I asked my daughter where Joe had gone. She pointed outside and I was confused. At first thinking, he's 19, maybe he doesn't want to hang out with his parents. But then I understood. A mother and her young child moved into the place in the vestibule where my daughter was standing. He had let her move inside out the cold while he waited outside. He didn't mention it and was not looking for compliments or recognition. I asked him about it. He simply stated that the women and little boy looked cold and he wanted them to be able to wait comfortably inside. It was the following

2

winter on a stormy night that my daughter called my husband from her job at our local library in a panic saying that a patron's car was stuck in the mud and that she and her boss had been trying unsuccessfully to push her car out of the mud. Without hesitation, Bernard drove over and together they helped this woman. Both were covered in mud but relieved that they had succeeded in helping.  Over the years, people in our community will tell me about the positive interactions with my daughter at the library and remark how kind and considerate she is. I see the positive impact Bernard has made on our children. I know they are the kind of people they are because of Bernard's influence. He is an extremely loving and  attentive husband and father, faithful to God and lives his faith, and has a generous spirit always helping his family, friends, and neighbors.

In the spring of 2021, we decided to sell our home in Exeter, RI to pursue our dream. To build a small house ourselves on a piece of property and significantly reduce our debt. We spoke to our children about the benefits and sacrifices and after much deliberation we decided  to move forward. My children agreed to what we hoped would be a short term situation, living with family while building. My son would stay with my parents and my daughter with us at my mother-in-law's home so she could stay close, as she requires more support from us due to  her anxiety and ADHD. We hired a company to build the shell of the home but Bernard and I, with help from our son, have done whatever we can ourselves. Bernard will do all of the carpentry work and electrical work on the interior of the home. We were hopeful to be in our house at the end of this year but given that Bernard lost his job, is trying to start his own business, and the uncertainty of what will happen at sentencing; we may need to put that goal on hold. Despite this uncertainty, Bernard has stayed focused on building our home and spending his free time with our family. He is my rock.

I know that you must consider my husband's actions on January 6, 2021 and determine a just sentence. I am begging as you decide his sentence that you consider the negative impact his actions have already had on his life. He has lost his job, our savings, and most of all had to face unbelievable pain in knowing how his actions have put an enormous amount of stress on the people he loves the most.

Sincerely,

Kathryn A. Sirr

3

The Honorable Trevor N. McFadden

U.S. District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001


Dear Judge McFadden,

I am Christine Sirr, Bernard Sirr's mother. Bernard's father, Peter Sirr, and I were married in 1970 and Bernard was born in 1975. Both my husband I were college graduates and I became a teacher and my husband worked for himself for the most part.

Bernard grew up here in North Kingstown, went all through his school years with no problems and played Little League sports as a boy and then football for a few years in high school. He graduated in 1993 from high school and worked at Stop and Shop market for a time and attended CCRI where he received his associate's degree. His father had served in the Marine Corps and I think that influenced him joining the army in 1997, serving in Bosnia with the peace keeping forces sent by President Clinton and was stationed at Fort Drum, New York. He married his wife Kathy in 1999. Bernard was honorably discharged from the army in February of 2000.

Upon discharge from the army he became an apprentice electrician and from there he became a journeyman electrician. Eventually he applied for and got the job at the University of Rhode Island Bay Campus.

I recap all this because I wanted to explain that throughout those years he has displayed a kind, loving, disciplined and productive character. He and his wife bought their first home (2001), had 2 children, sold that first home (2012), and bought another. Bernard and his family lived with me here in Bernard's childhood home for 8 ½ months while he renovated the new house – for which he did most of the work. My husband Peter had passed away in 2003 at 57 years old and Bernard and family were such a welcome presence in my home since I was living alone. They had been frequent visitors before and very helpful but having them here all the time was wonderful.

His hard work paid off and they lived in that home he had renovated until 2021 when they wanted to downsize and sold it in the spring. They again moved in with me, bought a piece of land, and commenced to start building a new house. They designed it and had a builder put up the frame, siding and roof after Bernard had arranged to have the foundation poured. He did much of the work around the foundation himself.

He plans on doing the rest of the work on the interior himself except for the plumbing.  He is starting an electrical business at the same time he is working on the house so he is very busy.

Eleven years has passed since he and his family lived with me last and it is especially a blessing since I am physically more limited. At 75 years old I have had both hips replaced and a complete shoulder replacement so many things I used to do are difficult or almost impossible for me to do now. He is very helpful here and does all he can to make my life easier. My house has stairs and what he does helps me to stay in my home of 53 years.

He has always been a kind and caring son, husband to Kathy and father to his two children and a very hard worker. When faced with adversity he trusts God and keeps going.

The past almost year has been stressful but we have been together going through this which gives us comfort. I hope that this will be all behind us and we can be a family together as he and Kathy work on finishing their new home.

Sincerely,

Christine A. Sirr

Christine A. Sirr

March 1, 2023

March 11th, 2023

The Honorable Trevor N. McFadden

U.S. District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

Dear Judge McFadden,

My name is Peter Sirr, and I am Bernard's brother.

I have never known Bernard to be a violent person. I don't recall hearing about him getting into any fights throughout school. He has always been on the larger side amongst his peers, but more than that, he has an ultimately gentle and kind nature that makes most people I know think him to be a good and decent human being. He is a doting uncle, and his nieces and nephews have always looked forward to seeing him; he always has time to play with them, and when we drive home they always ask when can they see him next.

Ever since our father passed about 20 years ago, Bernard has been my main male role model; being 4 years older than me, he was always a few steps ahead in life, and always proved able to fill the gap left by our father's absence. He has worked hard at his craft as an electrician, and now holds his Master's license; he has raised his children well, with both his son and daughter turning into respectable young adults. He completely remodeled the inside of his last house, doing the vast majority of the work himself, and doing a beautiful job. In my opinion, he has served as a great example of how to live your personal and professional life.

Since childhood I have known Bernard to be a proud American citizen. Whether it was asking our grandfather about his experiences in WW2, our own father about his service in the Marines, to his own enlistment in the US Army, Bernard has always shown a great love of America. In my opinion, it is this love that led him to Washington DC on January 6th. He had no intent of anything hostile towards the country he loves; as far as I can tell, like most people there that day he found himself in the middle of something that got out of hand quickly. I take him at his word when he says he did not assault anyone at the Capitol, and he was only as close to the front of the crowd as he was to try and de-escalate the situation as best he could.

Bernard has worked very hard for what he has, and it pains me to see that this event has impacted every aspect of his life. He is a devoted family man, and his wife and children are everything to him; as one might expect he has lost his job because of what happened, which coupled with legal bills has made his financial situation precarious I'm sure, so the uncertainty that lies ahead must be weighing heavily on him. His faith in God will surely continue to help him as it has since this all started; he remains strong, but this episode has surely taken its toll on his physical and mental well being.

Bernard has already suffered immensely because of this ordeal; I am concerned about what the future holds for him and his family.  I am sure that you will be thoughtful and considerate about Bernard's case and treat him as fairly as you can.

Yours Sincerely and Respectfully,

Peter Sirr

**John E. Anderson**
**410 Reserve Trail**
**Chagrin Falls, OH. 44022**

February 18, 2023

Honorable Trevor N. McFadden
U. S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge McFadden:

I am Bernard's uncle. I grew up in Rhode Island, got my degree in electrical engineering from Worcester Polytechnic Institute. I am a member of Eta Kappa Nu, the electrical engineering honor society. After I received my degree in 1978, I moved to Ohio where I have been a resident and have worked as an engineer for 45 years.

I have known Bernard since the day my sister brought him home from the hospital in 1975, the same day I returned home for the summer after my first year in college. Bernard was a bright young kid, always well behaved and a pleasure to be around. I saw him grow and mature, doing well in school and having many friends. We were all so pleased when he met a wonderful girl in school, his future wife Kathy. She was adored by all in our family and got along so well with Bernard. We knew they were meant to be together.

Bernard was fortunate to have been born to wonderful parents, my sister Christine and his father Peter. Peter was a great man, witty, fun to be around, but very levelheaded and instrumental in the raising of Bernard and his younger brother. It was easy to see how Bernard's character was molded by his father and that he would grow into a fine young man.

Bernard, following in his father's footsteps who had served in the Marines, joined the service. Bernard soon found himself stationed in Bosnia, in the U.S. peacekeeping mission there in 1995. It was a strain on all of us, knowing that he was in harm's way. It was stressful for the family, especially his fiancé Kathy. We missed him and all prayed for his safe return home.

After Bernard returned home, and after his honorable discharge from the service, he married Kathy. Soon after, the couple welcomed their first child, Joseph. We were all so happy for them. Unfortunately, it was only a few months after Joseph's birth that Bernard's father Peter became ill. He was stricken with a glioblastoma, an aggressive cancer of the brain. We were all so devastated, but perhaps no one more than Bernard. He adored his father and looked up to him. It was so sad that the joyous event of Joseph's birth was followed so quickly by Peter's illness and eventual death.

But Bernard persisted and carried on. Bernard and Kathy would welcome their second child, Caroline. I could see in Bernard and Kathy the same fine qualities of being wonderful parents that Peter and my sister Christine were. Bernard and Kathy raised two wonderful children while Bernard's career as an electrician took off. The couple owned several homes along the way, always working hard and making improvements to their property. Their future looked bright.

I was sorry to hear about the situation in which Bernard became involved. At first, I couldn't believe it and that it had to be a mistake. I am certain he regrets what happened that day. He is a fine young man who has always acted responsibly and done right for his family and friends. I believe he is aware of his mistakes and is sorry for the pain and anguish this has caused his family.

Thank you for taking the time to read this letter. I just wanted to convey my feelings and what I know about the character and what wonderful man Bernard is. I have only known Bernard to be a trustworthy and responsible individual, and I hope the court can show mercy on him and his family in this very trying time.


Sincerely,

John E. Anderson

9

Patricia J. Anderson
410 Reserve Trail
Chagrin Falls, OH. 44022

February 18, 2023

The Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC. 20001

Dear Judge McFadden:

I am Bernard Sirr's Aunt. I have known him since he was born. From the beginning, he was a quiet, well-minded child. He had chores at home that he performed. He had a strong and active father who taught him and his younger brother sports, took them camping and was a good roll model. He also had a strong Mother who was a math teacher at the local school when the boys were school-age.

Bernard studied hard- school did not come easy, but he studied hard and performed well and was a successful student. After graduation he enlisted in the Army and served in Bosnia in 1995. He married his high school sweetheart, Kathy, a Speech & Hearing Therapist at the local school. He was honorably discharged and applied his dedication to his career, becoming a successful Electrician. They raised two lovely children, Joseph and Caroline, who are both successful adults.

His father died when he was a young man – and he and his brother stepped up to help their mother take care of her home and property. They continue this to this day.
Bernard has always been an honorable man – a hard worker and a dedicated family man.

I am begging the Court to consider Bernard's hardworking past and his current responsibilities. I am asking for lenience for this fine man.

Sincerely,

Patricia J. Anderson

02/01/23

The Honorable Trevor N. McFadden

U.S. District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001


Dear Judge McFadden,

I am writing to provide you with a character reference for Bernard J. Sirr and share a little bit about myself and how I came to know Bernard, who I lovingly refer to as Barney. My name is Carolyn Healey and I am a native Rhode Islander. I recently graduated from Salve Regina University, Sigma Beta Delta, with a Master of Science in Innovation and Strategic Management. The insurance industry has served as the backdrop of my career for the last 23 years.

At the age of 15, I began working as a bagger at a local grocery store. Barney soon joined the team and we became co-workers, then friends, then eventually family when he married my cousin. We have grown as adults together. I served as the maid-of-honor at his wedding and I am the Godmother to each of his children. For the last 33 years, I watched him serve his country, grow his faith, learn a trade and instill wholesome virtues in his children.

He once gave my cousin a pin of 2 swans flying together; he told her swans mate for life. A simple pin representing the magnitude of loyalty and love he had and continues to have for her. Barney is just that-loyal. He is also a loving father, religious, a bookworm, an electrician, a talented woodworker, and an all around nice guy. He is the type of person you would want as a friend and I've been fortunate to have him as mine for more than half of my life.

As a judge, you must determine his sentence based on the facts presented to you which, in this case, is based on one day of Barney's life. My perspective is somewhat different... I see the life he created and the wonderful person he is and the one day he is being judged on is just that- one day, one bad decision for which he has already paid so much for.

He pled guilty, had his reputation tarnished, lost his livelihood and through legal fees has lost a very large part of his retirement. I hope you will consider how much he has lost already when determining his sentence. He really is a great guy and I'm sure if you'd have met him in a different situation, you'd feel the same.


Respectfully,

Carolyn Healey

February 26, 2023

The Honorable Trevor N. McFadden

U.S. District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC  20001

Dear Judge McFadden,

My name is Michael Simonetti.  I was born and raised in western Pennsylvania.  I met my wife while studying for my undergraduate degree at Villanova University.  I completed my master's degree in physician assistant studies and have spent the last 24 years practicing medicine in the state of Rhode Island, not far from where my wife was raised.  We were blessed with two sons, both of whom were brought up in Rhode Island.

I am an introvert by nature.  My wife could easily make more friends in a month than I've had in my 47 years of life.  I met Bernard in 2007.  My oldest son, Matthew, was in kindergarten at Our Lady of Mercy School and was a classmate of Bernard's son, Joseph. My wife had met Kathy and Bernard at a school gathering.  She proceeded to do what she does, make connections with people, and had invited them over to our home one evening.  She was convinced I would love them.  More than likely, at the time, I was looking forward to checking the night off the list of things I needed to do.

What stemmed from that evening was an invaluable friendship with Bernard, Kathy and their family.  Through the years, we have been fortunate to share road trips, camping excursions, cookouts and Christmas pageants with Bernard and his family.  Through those years, it became clear that my wife's extroverted nature had afforded me the opportunity to meet a very dear friend in Bernard.

It also became clear to me many years ago that Bernard possesses many qualities that I admired then and still do.  He is a faithful husband and father, who was unafraid to teach his son and daughter the difference between right and wrong.  He is a man of faith in God.  He is master of his craft as an electrician, dedicated to doing things the right way in an age when it's much more common to cut corners.  He served our country in the US Army.  He is a man of humility and temperance.  His work ethic belongs to a bygone era, rather than a time when many people are very comfortable avoiding work altogether.

In my work, people entrust their very life and wellbeing into my hands by allowing me to perform procedures that are medically necessary. I try not to dwell on the gravity of that reality too much, because it will do nothing to enhance my ability to get them safely to the other side of interventions that are often quite dangerous. I imagine that a person in your position must have no choice but to dwell on the gravity of every decision in front of you. It's a position that I don't envy, to be completely honest.

I wish to implore you to consider my own humble opinion of Bernard, which couldn't be much higher. He is a husband, a father, a child, a friend, a veteran, a master of his craft in the workforce. His wife and children need him. We, his friends, need him. His church community needs him. Our state needs him. Our country needs him. I am hopeful that you can find it within yourself to appreciate the virtuous life that Bernard has lived thus far in your decision. I pray that mercy shall be his.

Yours faithfully,

Michael D. Simonetti

Kristen DiMarco , D.O.
215 Toll Gate Road , Suite 306
Warwick, RI 02886

The Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge McFadden,

I am a friend of Bernard Sirr. I was born in Brooklyn, New York but moved to Rhode Island in 1984. I attended high school in Rhode Island. I studied Biochemistry at the University of New Hampshire and medicine at the University of New England, College of Osteopathic Medicine,in Biddeford, Maine. I completed my family practice residency at the Tufts Family Medicine program in Massachusetts.

I met my husband, Michael Martin D.O., in medical school. We married after residency. He is a physician. His specialty is internal medicine. After residency, our hope was to practice medicine in Rhode Island, near our family. Our dream came true. We have been practicing medicine in Warwick, Rhode Island for over twenty two years.

Several years into practice, we started our family. We have two children. We were both raised in the Catholic faith. We sent our children to Our Lady of Mercy School. This was the best decision, we have ever made. It was there, we met two of the most wonderful people, Bernard and Kathy Sirr. Kathy and Bernard have two children, Joey and Caroline. The children befriended each other in school. As a result of this blessing, my husband and I spent much time with Bernard and Kathy. For many years, our families socialized together. We would see the Sirrs on weekends and during school vacations. We have shared many meals, birthdays and holidays together. We have been blessed to have them in our lives for over 15 years. Now, even though our children are in different stages, the four of us choose to spend time together.

Bernard Sirr and Kathy love their family with all their heart. Bernard is a kind, loving, family man. When we first met the Sirrs, they were living in a beautiful home in West Warwick. Bernard is a skilled electrician and a talented carpenter. He had done many repairs on that home. After many years in their West Warwick home, Kathy and Bernard decided to move to Exeter, Rhode Island. She fell in love with a home that essentially needed to be rebuilt. An elderly man, owned the property and he did not have time to maintain the home. Kathy had many wonderful visions and dreams. Bernard wanted to fulfill his wife's dreams. He wanted to give his family a safe, beautiful home in which to grow. At the time, Bernard had a full time job at the University of Rhode Island. During the day, he worked as an electrician for URI and spent nights and weekends rebuilding this home. After many years of hard labor, the task was completed. He built a beautiful home. His wife's dreams came true.

His daughter, Caroline is a talented artist. Art has always been her passion. In 2022, she graduated from Exeter-West Greenwich High School . Bernard and Kathy wanted to give her a special gift. They wanted to give her a place where should could escape and enjoy art. He thought of refurbishing a camper and creating an art studio for his daughter. He found a older camper on line. He traveled to Massachusetts to purchase this camper. He refurbished the inside and installed lighting and plumbing. He created a beautiful environment for his daughter. Bernard wanted to give her a beautiful space to enjoy her passion.

Many years ago, his son Joey needed a new bed. Like Bernard, Joey is very tall and was growing quickly during his teenage years. Bernard noticed this and wanted his son to be comfortable. Again, he was working full time. He could have chosen to purchase a bed at a furniture store. Bernard, being a loving father, wanted to do something special for his son. He purchased lumbar and created the most beautiful bed. He built this with love for his son.

Bernard and Kathy have always wanted to spend time with their children. Like many families, they recognized that family vacations are a time to grow as a family. It was a time to put the hustle and bustle of daily life aside and be together as a family. Kathy and Bernard both have a love of camping and wanted to share this love with their children. They had visions of spending time in the fall and summer camping with Joey and Caroline. Kathy spent weeks searching for the perfect camper. She fell in love with this one particular camper. It was in Michigan. Bernard Sirr, dedicated husband and father, drove from Rhode Island to Michigan to purchase this camper for his wife, for his family. As a result of his labor of love, they spent many years, many summer and fall vacations in that beautiful camper.

All four of our children were in the music program at Our Lady of Mercy. Bernard never missed a concert . He was always their to support his children. Both of our daughters played the flute with the RI Philharmonic. Bernard was always their to help transport them to practice and he never missed a concert.

Bernard has always been a generous friend. He has always been kind to my family, my children. He and Kathy have entertained our family in their home for many years. He has always been a gracious host. He was their for me when my father died many years ago from ALS and he and his wife brought food and gifts to my home when I had surgery several years ago. He has helped my husband and I with electrical and carpentry work in our own home. He has always been a true friend to my family and I.

It breaks my heart to see Bernard and his family struggle at this time. They sold their home in Exeter about two years ago. They purchased a plot of land in West Greenwich, RI. They had visions of building their dream home on this beautiful plot of land. It was to be the place for all four to live in the future. Kathy and Bernard used the proceeds from their Exeter home to start building their new home. Again, he and his wife had a dream and Bernard was moving forward to achieve this dream. While construction began on their new home, Bernard and his family moved into his mother's home. Unfortunately, the proceeds that were needed to complete the construction on their new home, are now used for legal fees. In addition, Bernard has lost his job at the nuclear reactor. They had to stop construction on their new home due to financial constraints. Many individuals would have been devastated at this turn of events. This did not stop Bernard. He is a resilient individual. With the love of his wife, his faith, love of those around him, he was encouraged to take the licensing exam to

15

become a master electrician. He achieved this goal. He is now opening his own electrical business. He did not wallow in self pity. He knew he had to rise to the occasion in order to achieve his dream and his family's dream. Today, he is not only working as private electrician but he is building his own home. He is working day and night to build a new home for his family . Bernard Sirr would do anything for his family.

I feel blessed to have Bernard Sirr in my life.  He is a husband, father, son, and friend. He is kind and gentle. He is a military man who served his country years ago. He is hard-working, kind, generous and courteous. He is a man who is loved and admired for his spirit and dedication.  I hope the court can see a way of showing not only him but his family mercy.

Judge McFadden, I thank you for your time.

Kristen R. DiMarco D.D.

Honorable Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC  20001


Dear Judge McFadden,

I am Dr. Michael Martin and I practice internal medicine in central Rhode Island.  I have unequivocally agreed to write a letter of support for Bernard Sirr..  Like Bernard, I was born and raised in New England.  I came to Rhode Island after growing up and completing my education in Massachusetts and Maine.  My wife and I married 25 years ago, and we have located to Rhode Island in order to live and work near her family.  I have known Bernard, his wife Kathy, and his 2 children since 2008.

We came to know the Sirrs at Our Lady of Mercy Church and the parochial Roman Catholic school affiliated with the parish.  Our sons are the same age and were in the same class, as were our daughters.  Bernard and I first met due to the similarity in our childrens' ages and activities, and we grew closer through the many years of Father/Daughter dances, school events, football game weekends, and shared family occasions.  Our friendship has now extended long after our children have grown and gone different directions.  I have always admired that he is a man filled with passion, a man who approaches everything with determination and intentionality.  He is a serious thinker, a fierce debater, and a most moral and honest friend and father.

Bernard reminds me of my father who also entered military service as a young man.  I have always been in awe of those strong men and women who dedicated their lives to defending our freedom, and find this devotion much more rare in my generation than in my dad's.  Bernard is the only close friend of mine to have served in the military, and I greatly respect him for that service.  Although he would rarely discuss his military duty, I know that is was a source of pride for him and his family.  I sincerely believe this early act of sacrifice, the willingness to put another's needs before his own, is demonstrative of his strong moral character.

Our daughters both play the flute, and had spent much time together in music and art classes when in grade school together.  I know with certainty that Bernard fosters and embraces the creativity that his daughter has been gifted with, going so far as to create artist space in the new home he is currently building for his family.  Bernard and I were also joined by other dads to start a Boy Scout troop at our school when there was none.  Our sons enjoyed a brief but bonding experience in this endeavor.  We still laugh when remembering working on our Pinewood Derby cars together, as we needed to go to Bernard's home to use his tools and woodworking expertise.  He is a gracious and patient teacher and both of our boys benefited from his guidance.

Bernard is a man with no pretense.  He says what he means, and he does what he promises to do.  Despite working full time and raising his own family, he was never to busy to help us out.  Several times he came to our rescue with electrical work in our home.  He never asks for favors or compensation when sacrificing his time and resources, rather he believes this is just what friends are for.  Bernard himself will rarely ask for help, and is one of the most self sufficient men I have known.  As a skilled electrician and woodworker he can literally do it all, and he does, to support his household.  I know how much he and his wife have helped and supported our family, and know for certain that he has done likewise for coworkers, fellow parishioners, and parents of other classmates.  He is a man with old-school principles and a quiet upstanding character.

It is distressing to see the Sirr family struggle during these difficult times.  I know so well that Bernard has strong faith and belief in what is just.  Our children are now at an age where we may have less and less influence on them.  He is however still leading by example, and showing them a courage that is beyond my comprehension.  His faith guides him, his belief in justice and self-determination guides him, and I am proud to stand behind him and his family as his friend.  I know with absolute certainty that he would do the same for any of us, without reservation, and without request or expectation of return favor.  I am grateful for the opportunity to share my insight into Bernard Sirr's character and humbly hope that Your Honor takes these examples to heart.

With sincere respect and appreciation,

Michael R. Martin, DO

17

March 20, 2023

The Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitutions Avenue NW
Washington, DC 20001

Dear Judge McFadden,

My name is Deanna Cuthill.  I currently live at 98 Ridge Drive in Exeter, Rhode Island.  I am an owner and an employee of New Leaf Landscaping, Inc. and have been managing the office, bookkeeping, and billing for the company since 2007.

I first came to know Bernard because I became friendly with his wife, Kathy.  Our boys attended Our Lady of Mercy Catholic School together and were in the same 1st grade class.  Talking in the parking lot at school quickly turned into playdates, which then evolved into family gatherings and dinners.  It wasn't long before our families were traveling together multiple times per year.  We even went on a two week vacation together to Glacier National Park and it was one of the best trips our family has ever been on (mostly because of the company).  Our mutual love for nature and the outdoors was something that we had in common.  Most of my time spent with Bernard has been through camping, hiking, traveling, and talking around countless campfires. The quality time spent with him and his family over the last 15 years has allowed me to see him for the kind, humble, selfless, and gentle person that he is.  It is in this capacity, as a dear friend,  that I am able to write to you about Bernard and for which it is my hope that you take my letter into consideration.

It is impossible to know Bernard without first knowing his family because they are at the heart of everything he does.  He is a devoted husband and dedicated father.  He takes his commitments very seriously and that is demonstrated most prominently through his interactions with Kathy, Joey, and Caroline.  He is patient and understanding.  He speaks honestly, offers guidance, responds instead of reacts, and he is very in-tune to the needs and differences of his kids; and parents them accordingly.  He loves fiercely and this is very evident in the way he treats Kathy.  I also see these characteristics emerge when he spends time with my own children. He cares about what they think, allows them to share their views without judgement, and often offers a much needed levity to situations that is very disarming at just the right moment.

Much like the unflappable commitment he has to his family, Bernard is also committed to living his life by a set of moral and ethical principles.  He is not the type of person that is content just going through the motions of life.  He is always searching.  He is curious.  He doesn't let fear govern his actions.  He is disciplined and constantly doing the work to become a better version of himself.  Here are some of the qualities I see in Bernard that show his commitment to being a man of integrity.

He is humble.  Bernard is quiet-natured, does not brag, and doesn't need to show himself through grande gestures to get attention.  He is motivated by the intrinsic reward of doing what he believes is right.  He is quite a talented craftsman and I am often amazed by his creativity and skill, but I have never once heard him boast of his own achievements.

He is authentic.  Bernard is the same person in public as the one he displays for his friends and family.  He is consistently honest and real about who he is and stays genuine with what he thinks and how he feels.  To him, honesty is more important than appearing to be perfect or popular, so you can be sure that Bernard's reactions and words are expressing his true feelings and honest intentions.  You won't catch him pretending, lying, or being in any way disingenuous.

He is passionate and reliable.  Whether it be in his professional work, building his house, or on a small and mundane task,  Bernard does so with a strong sense of purpose and he will always resist the temptation for shortcuts that will undermine the final product.  He steps up, especially when challenges arise, because he feels like it is his duty to follow through on promises that he makes to himself and others.

Although we are all flawed individuals, Bernard strives to live each day so that he can go to sleep at night knowing that he did his best to follow the ethical standards he has set for himself and as a role model for others.

It has been very painful for me to see the effect that this has had on Bernard and his family over the past year.  It has effected him on every level.  Professionally and financially, he has been forced to give up his career, and the much needed income that went along with it, which is difficult to do even in the best of economic times.  His family's living situation is less than ideal in that they live at his mother's house, with their son not able to live with them at this time due to a lack of space.  The potential fines and attorney fees will most certainly set back their goal of moving into their home that is yet to be built so that their family can start living together cohesively again.  And although he is not quick to admit it, I know the anxiety of the events of the last year have taken a toll on him as well.  But it is the effect that his actions have had on his family that weighs on him the most.  I am confident that you will consider the impact that your sentence might have on Bernard's family.

Bernard did not decide to go to the capitol on January 6th with any malice in his heart.  I think he is just a man with a very strong sense of integrity who envisioned exercising his right to protest something that he passionately believed in.  Thank you very much for the opportunity to share my thoughts.

Best,

Deanna Cuthill

19

March 25, 2023

The Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Your Honor,

I am the owner of a fairly successful business in Rhode Island that about twenty families rely on to provide for the ones they love. I have been happily married for about 25 years and my wife and I have 2 children, both currently attending their respective university. In 2007 our children attended the same school as Joseph and Caroline Sirr, and in a short period of time our families became close.

I never realized how difficult it could be to make family friends. It really is quite rare that everything aligns to make things work. Not only did my wife and I need parents that we enjoyed spending time with, but we also needed to make certain that relationships we formed would have a positive impact on our children. The way potential family friends parent and raise their own children becomes vital when considering influences on the ones you love. Kathy and Bernard have two wonderfully kind children that became good friends with ours. Fortunately, my wife Deanna and I also quickly became close to the Sirr family. We enjoy spending time with them and the parenting style of Bernard and Kathy to instill character and integrity while fully supporting them has always had a positive impact on us. Bernard is one of the select few people I have always felt comfortable leaving my children with, not only early on when my primary concern was safety, but as our children grew and developed as adolescents, I would look forward to his influence and perspective. Interaction with such a positive role model like Bernard has always been welcome.

Like the Sirr family, we have always enjoyed camping. Vacationing in nature can help recharge the soul without the constant bombardment of electronics. It requires close personal interaction while helping each other and working with your hands. There is a deliberateness about how Bernard operates that brings dignity and purpose to many of these simple tasks. He has a thoughtful way to approach things and has a creative way of finding simple solutions to challenges. He is that guy that you want feedback from when tackling a project, because he will see it in a way you probably didn't consider. Whether in his garage or at the campsite, everything has its place and he always seems prepared for the unexpected circumstance. Camping also lends itself to personal reflection while sharing with others around the campfire. After the physical exertion of the day is done, campfire discussions are one of the best ways to spend time with the ones you love. After years of these gatherings, I have really gotten to know Bernard and who he is at his core. The first thing you will learn about Bernard is that he is a good listener. A trait that is increasingly difficult to find in the world today, Bernard is not just waiting patiently to speak his mind when he gets the opportunity, he is an intent

listener that takes in and processes what others are offering. Bernard has some quick witted humor, but he isn't known for small talk. It doesn't take long to decipher that Bernard is very principled. Honesty, loyalty and character rank very high on his moral code and the more you get to know Bernard the more you appreciate a person whose actions embody the morals they profess to live by.

Of course the most pressing concern for the matter at hand is Bernard and what he provides for his family. I'm not privy to the intricate details of their financial situation, but I am aware of the intense struggle these proceedings have placed upon the Sirrs. Kathy has a career that I believe can come close to sustaining the family, and currently they get by with the support of both Bernard's mother and Kathy's parents. Living arrangements are very disjointed, with the family split between two households due to the lack of space. While in a bit of limbo as a family unit, Bernard chases down sources of income since being forced out of his employment. At the same time he is managing the construction of their soon to be home, but the progress is challenging and arduous. He does his best to earn the capital to fund the construction, coordinate all the extremely budgeted and piecemeal purchasing of material, and often is a singular person labor force. In many ways, it's inspiring to watch Bernard pick away at such a monumental task with thoughtful dedication.

Both of the Sirr children are recent high school graduates, and are at critical stages of development that will profoundly impact the path their lives will take. Every child can be challenging to parent in one way or another. In many ways however, some of the parenting challenges that the Sirrs have navigated are not of a typical nature. Watching how Bernard and Kathy guide their family through trying circumstance with more patience and consideration than I think I could muster has been inspiring. Their teamwork and collaboration to stay connected through life's difficulties is a blessing to watch. While both parents work full time, Kathy manages the constant care of daily life that can easily get to be a chaotic grind. Bernard tends to be a calming force that anchors the family and keeps the overall direction on track. His absence would mean so much more than a lack of guidance, it would simultaneously burden them financially in a way that I expect would be catastrophic. As a close outsider looking in, I fear a potential downward spiral without his monetary contribution, guidance and direction.

Bernard has already suffered greatly. He has lost his job. He has been smeared in the local press. He has accepted responsibility for his wrongs, and now he is a convicted felon. I am hopeful that compassion for what he has endured and what would be missing from the lives of the Sirr family at a crucial point of development will persuade you to show him mercy.

Sincerely,

Shannon Cuthill

21

The Honorable Trevor N. McFadden                    March 8, 2023
US District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Dear Judge Mc Fadden,

It was heartwarming to see Bernard Sirr and his wife Kathy attending
my church, Chestnut Hill Baptist Church in Exeter, Rhode Island.
They joined the Wednesday evening Bible study group. Approximately 12
of us share dinner, pray and express what is on our minds and hearts,
and then study the Bible line by line with interaction. Bernard and
Kathy attend faithfully and contribute much.  I have come to know and
understand them.

On a lovely July Sunday in 2022 Bernard, made the decision to be baptized
and give his life to Christ.  He gave a meaningful testimony.  I was so
proud of him and his sincere desire to become a child of God!

The sun was not shining on a morning in June when black SUVs drove up to
his home to serve his warrant!  How could this be?  Bernard is such a
positive contributing member of the community.  Always willing to help
and lend a hand.

I asked him how this came about?  He said he was where he should not have
been.

Bernard was fired from his job.  I admired how he accepted this with
dignity and did not cave in.  He went forward with faith and determination.
He never said anything against the government.  He studied for and passed
the RI Master Electrician exam.  Even though so much was against him, he
looked forward to a new vocation.

My husband Donald has a friend whose company needed electrical work.
Donald recommended Bernard.  He was contracted, and did an excellent job.

Having come to know Bernard and his character, I feel this new vocation
is reflective of what he will do with his life.  He will be a positive
contributing member of our society, do a good job in all aspects of his
life, and be an asset to the community.  Bernard has a heart for God and
a willingness to make his life count for all that is good.

Nothing would be gained by any one if he went to prison.  Please consider
Bernard's character, faith, and his past positive history in your
decisions.

I believe in him.

Respectfully submitted,  Lenore Dorson

*Lenore Dorson*

22

The Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

I am writing to share the following in
hopes that it may help Bernard Sirr receive
leniency in his upcoming Sentencing.

I have known "Barney" since high
school where we shared/were within
the same friend group outside of school.
He dated, and later married, my best
friend's first cousin whom I have also
known since the 5th or 6th grade.

These are some of the kindest and most
sincere people anyone could hope to meet
and befriend. They have remained
happily married and raised two
lovely children over the past 25-30 years —
a fairly rare thing.

Traits that immediately come to mind
when I think of Barney: Intelligent,
educated, hard-working, thoughtful,
conscientious and considerate with a
strong moral compass guided by faith.

page 1 of 3

I have always known Barney to be these things/exhibit these traits (directly and through others) from youth into adulthood, and to this day. He is generally quiet and possesses a robust sense of humor that comes out when you spend time with or around him.

I find him to be honest and straight-forward without ever being rude, hurtful, or disrespectful. I have never known Barney to be prone to disagreements or fights. He is the opposite of aggressive, confrontational, or violent. He is peaceful!

Barney loves his country, the freedom it stands for, and his fellow citizens. It is very unfortunate the way things ended up out of hand 01/06. I don't believe Barney would ever intentionally hurt anyone and I don't think he went to Washington DC to do anything beyond peaceful protest.

I understand that he acknowledges and has plead guilty to the wrong-doing that he was a part of.

I also know that Barney, along with his loved ones, have already suffered a

great deal of consequences/punishment for his actions/participation such as/including (and probably not limited to) public shame by heavily and repeatedly publicized details - including personal information - within the very small state of Rhode Island; loss of gainful employment at a job he enjoyed; difficulties in making a living due to the public record; substantial monetary losses and legal fees; as well as unimaginable stress, remorse, regret, and uncertainty about what the future holds.

Bernard Sirr is a good and decent person who deserves leniency. I thank you for your time in reading this.

Sincerely,

*Jennifer L. Willis*

Jennifer L. Willis
Exeter, RI

page 3 of 3

25

11 May 2023

The Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge McFadden,

I am writing on behalf of Mr. Bernard Sirr to provide my personal insight with regard to his character. I am the Assistant Director of the Rhode Island Nuclear Science Center, and I spent approximately seven years as his supervisor.

In 2014, our facility took part in a federal project to make engineering upgrades. The company that Bernard was working for at the time was awarded the subcontract to make these upgrades. Bernard was the principal employee that performed the work. While he was working on this project, one of our employees retired which left an open position on our staff. Due to the fact that Bernard consistently showed up to work everyday on time, performed top quality work, and had a skill set that was valuable to our facility, we offered the job to him in 2015.

During the seven years that I worked with Bernard, I found him to have integrity, and to be honest and trustworthy. In the nuclear industry, all of these characteristics are important. As part of the process for being hired in this industry, an FBI fingerprint background check is required. It indicated that he had no prior criminal history. In my dealings with Bernard, these characteristics were never in question.

While I have not spent a lot of time with Bernard outside of the work environment, I know that he is an Army veteran and family man. In our conversations I have found him to be intelligent, well read, and capable of learning. Despite the fact that he had no background in the nuclear engineering field, he had no problem learning what he needed to know in order to pass the examination to receive a federal license to operate a nuclear reactor. I believe that he will learn from his January 6th experience, and move on with his life.

I sincerely hope that Bernard's participation in a one day event does not lead to him receiving severe punishment.

Thank you for your consideration.

Sincerely,

Michael J. Davis

## Chestnut Hill Baptist Church

467 Ten Rod Road, Exeter, Rhode Island



The Honorable Trevor N. McFadden

U.S. District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

Dear Judge McFadden,

It is my pleasure to write to you on behalf of Bernard Joseph Sirr of North Kingstown, R.I. I have known Bernard since he started faithfully attending Chestnut Hill Baptist Church (CHBC) with his mother and his wife Kathy in December of 2021. After meeting with Bernard and being convinced of his Christian testimony, I had the privilege of baptizing him in August of 2022. He was welcomed into the membership, and he remains a member in good standing. At the annual meeting, Bernard was elected to the Board of Trustees and has been an active participant on the board. To date, he and his wife regularly attend both the Sunday Service and the Wednesday evening fellowship meal, which is followed by prayer and Bible study.

I have been a Registered Nurse for forty-three years and a pastor for 24 years. I served as an Alternative Dispute mediator for the government for seventeen years. Having worked extensively with veterans (38 years with the Department of Veteran Affairs), I have a great respect for those who have served in the military. I understand the sacrifice that our veterans have made to secure our freedoms. Bernard served honorably in the Army and was overseas in Bosnia. Following his distinguished military service, he worked as an electrician for fifteen years and then worked for six years as a Nuclear Reactor Operator at the Bay Campus of the University of Rhode Island for six years. After his arrest for his actions during the breach of the U.S. Capitol on Jan. 6, 2021, Bernard was fired from his position.

I have met with Bernard, and we have had conversations concerning his charge. It is my assessment that Bernard is remorseful as well as repentant for his actions. While his large physique is imposing, I have seen that his heart is very tender and compassionate. He has come to the aid and assistance of church members in need, including helping establish a single mother with small children in a home. He is always willing to help around the church facility and has personally helped with evangelistic efforts under my leadership. He is a humble servant and a kind, competent man. I consider Bernard not only a member of the church, but as a son in the faith.

I understand that Bernard has pleaded guilty to the charge of interference with officers during a civil disorder, and that you will be imposing a sentence upon him. It is my sincere belief that with respect to Bernard, a term of probation with community service would serve the needs of both the Court and society. Bernard is a Master Electrician, and his skills could be put to excellent use in his local community. Should the Court desire assistance in identifying appropriate opportunities for Bernard to use his talents in service of local community or nonprofit organizations, I would be more than happy to provide recommendations and even agree to supervise any service projects the Court might require as part of his sentence.

Respectfully yours,

Pastor Ernie Robillard

Pastor Ernie Robillard

Exhibit G

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL



TO

PRIVATE FIRST CLASS BERNARD J. SIRR
Bravo Company, 1st Battalion, 87th Infantry

FOR   Private First Class Sirr's professionalism, motivation, dedication to duty, and attention to detail as an M240 gunner during the Platoon EXEVAL'S from 18 to 21 October 1999 lead to the successful mission accomplishment for 1st Platoon. His actions are in keeping with the highest of standards of Bravo Company, 1st Battalion, 87th Infantry, and the United States Army.

FROM:  18 October 1999 to 21 October 1999

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 5TH DAY OF JANUARY 2000



KURT W. FULLER
LTC, IN
Commanding

Permanent Orders # 5-10
HQ, 1-87th INFANTRY
FORT DRUM, NY 13602

DA FORM 4980-18, NOV 97

28



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

SPECIALIST BERNARD SIRR
BRAVO CO., 1st BATTALION, 87th INFANTRY, 10TH MOUNTAIN DIVISION (LI)

FOR   meritorious service as Assistant Armorer while assigned to Bravo Company, 1st Battalion, 87th Infantry from 18 February 1998 to 2 February 2001. SPC Sirr's tactical and technical expertise was vital to Bravo Company's mission accomplishment and combat readiness.  SPC Sirr was responsible for the maintenance of all of Bravo Company's weapon systems and overall accountability.  SPC Sirr also served as an Assistant Machine Gunner during a real world deployment to Bosnia-Herzegovina.  SPC Sirr proved to be an invaluable asset to Bravo Company for the duration of the peacekeeping deployment.  SPC Sirr's dedication to duty and mission accomplishment reflect distinct credit upon himself, Bravo Company, 1st Battalion 87th Infantry, the 10th Mountain Division (Light Infantry) and the United States Army.  "To The Top"

FROM:  18 February 1998 to 2 February 2001

Permanent Orders # __010—02__
HQ, 1st BRIGADE INFANTRY
FORT DRUM, NY 13602

BRYANK STEPHENS
COL, IN
Commanding