# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 1:22-cr-00259-TNM |
| ) | |
| BERNARD JOSEPH SIRR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT BERNARD JOSEPH SIRR'S
## NOTICE OF FILING OF VIDEO FILES

Pursuant to Local Criminal Rule 49(e)(1), Defendant Bernard Joseph Sirr, by counsel, hereby gives notice that the below mentioned video files were provided to the Court and counsel for the government on May 16, 2023 via a secure filesite sharing program. The video files are submitted as exhibits in support of Defendant's Memorandum in Aid of Sentencing, and are provided for the Court's review in advance of the in-court sentencing hearing scheduled on May 23, 2023 at 10:00 a.m. As video files, they are not in a format that readily permits electronic filing on CM/ECF.

Prior to submitting these video files, the undersigned conferred with the government which confirmed it has no objection to the public release of these video files.

Defense Video Exhibits

**Ex. B**   Video File
  *Source*:   USCP CCTV
  *Time*:   2021-01-06  16:15:38 – 16:15:46 (approximate)
  *File Type*:   MP4 Video
  *Length*:   12 sec
  *Description*:   Surveillance footage from the CCTV camera at the Lower West Terrace tunnel from approximately 4:15:38 p.m. to 4:15:46 p.m. Sirr can be seen passing a flagpole over the police line to prevent its use as a weapon by other rioters against law enforcement.

**Ex. C**  Video File
  *Source*:      BWC from MPD Officer J.C.
  *Time*:        2021-01-06  16:15:56 – 16:17:18
  *Type*:        MP4 Video
  *Length*:      01 min 25 sec
  *Description*: Body-worn camera depicting Sirr and recording a conversation between MPD Officer H.F. and Sirr in which Sirr can be heard discussing pressing backwards against the mob to help the police line.

**Ex. D**  Video File
  *Source*:      BWC from MPD Officer H.F.
  *Time*:        2021-01-06  16:15:56 – 16:17:15
  *File Type*:   MP4 Video
  *Length*:      01 min 23 sec
  *Description*: Body-worn camera depicting recording a conversation between MPD Officer H.F. and Sirr in which Sirr can be heard discussing pressing backwards against the mob to help the police line.

**Ex. E**  Video File
  *Source*:      USCP CCTV
  *Time*:        2021-01-06  16:15:56 – 16:17:25 (approximate)
  *File Type*:   MP4 Video
  *Length*:      01 min 34 sec
  *Description*: Surveillance footage from the USCP CCTV camera at the Lower West Terrace tunnel from approximately 4:15 p.m. to 4:17 p.m. Sirr can be seen communicating with MPD Officer H.F. and pressing backwards against the mob to help the police line.

Dated: May 16, 2023                    Respectfully submitted,

/s/Alfred D. Carry
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant Bernard Joseph Sirr*