**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 22-cr-259-TNM** |
| **BERNARD JOSEPH SIRR,** | |
| **Defendant.** | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the exhibits that were provided to the Court and defense counsel on May 16, 2023, via USAfx, in relation to Government's Sentencing Memorandum. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The list of the exhibits and a summary of each is attached as Exhibit A to this Notice.

The United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:       _____
          Stephen J. Rancourt
          Assistant United States Attorney, Detailee
          Texas Bar No, 24079181
          601 D Street, N.W.
          Washington, D.C. 20530
          (806) 472-7398
          stephen.rancourt@usdoj.gov